**Order entered September 23, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00944-CV

## IN RE WILLIE JAMES CHAPPLE, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-09749**

## ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of today's date, we **DENY** relator's petition

for writ of mandamus.

/s/ BILL PEDERSEN, III
   JUSTICE